Jeffrey K. Techentin (Pro Hac Vice)
Kyle M. Zambarano (Pro Hac Vice)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Jtechentin@apslaw.com
kzambarano@apslaw.com

VALERIE M. WAGNER (State Bar No. 173146)
KIMBERLY A. DONOVAN (State Bar No. 160729)
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Tel: (650) 428-3900
Fax: (650) 428-3901
vwagner@gcalaw.com
kdonovan@gcalaw.com

Attorneys for Defendants
greenBytes, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GREENBYTES, INC., <br><br> Defendant. | No.  CV09-2745 RMW <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> HEARING:   October 30, 2009 <br> TIME:   9:00 a.m. <br> DEPT:   Courtroom 6, 4th Floor <br><br> The Honorable Ronald M. Whyte |

[PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT
Case No. CV 09 2745 RMW

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

Defendants' Motion to Dismiss First Amended Complaint having been duly considered by the Court, based on the pleadings, papers, and any argument that may have been submitted to the Court, and it appearing to the Court that the Motion should be granted; therefore;

**IT IS ORDERED** that the First Amended Complaint be dismissed.

Dated: _____    _____
Hon. Ronald M. Whyte
Judge of the U.S. District Court
Northern District of California

Submitted by:

_____
Kimberly A. Donovan
GCA LAW PARTNERS LLP
Attorneys for Defendant
greenBytes, Inc.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

[PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT
CASE NO. CV09-2745 RMW

1