Leigh A. Kirmssé (SBN 161929)
HOWREY LLP
525 Market St., Suite 3600
San Francisco, CA 94105-2708
Tel: (415) 848-4993
Fax: (415) 848-4999
kirmssel@howrey.com

Aaron Myers (SBN 200145)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 383-7011
Fax: (202) 383-6610
myersa@howrey.com

Attorneys for Sun Microsystems, Inc.

*E-Filed 10/19/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GREENBYTES, INC., <br><br> Defendant. | Case No. CV 09-2745 RMW (RS) <br><br> **STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME ON SUN'S MOTION TO COMPEL RULE 26(f) CONFERENCE AND IDENTIFICATION OF TRADE SECRETS PURSUANT TO CAL. CIV. PRO. CODE § 2019.210 AND FOR AN EXPEDITED DISCOVERY SCHEDULE** <br><br> Magistrate Judge Richard Seeborg |

## STIPULATION TO SHORTEN TIME

WHEREAS, Plaintiff filed a motion on October 9, 2009, to compel Defendant to participate in the Fed. R. Civ. P. 26(f) discovery conference in good faith and to serve an identification of trade secrets in accordance with Cal. Civ. Proc. Code § 2019.210, and for an expedited discovery schedule (the "Motion");

WHEREAS, the Motion presently is set for hearing on November 18, 2009, at 9:30 a.m., in Department 5, Courtroom 4, of the United States District Court located at 280 South 1st St., San Jose, California 95113;

WHEREAS, the parties jointly request an order shortening time for the briefing and hearing of the Motion as follows: Defendant shall file its responsive brief on October 26, 2009; Plaintiff shall file its reply brief on November 2, 2009; and the Motion shall be heard at 9:30 a.m. on November 12 (or at the next available time and/or date convenient to the Court);

WHEREAS, the requested time modification would accelerate the hearing of the Motion by six days and shorten the briefing schedule such that the Court would receive the responsive and reply briefs 17 days and 10 days before the hearing, respectively, instead of 21 days and 14 days as provided by Civil Local Rule 7.3;

WHEREAS, the requested time modification would not affect any other scheduled events in the case;

WHEREAS, there has been only one prior time modification in this case, namely an extension of time for Defendant to respond to Plaintiff's first amended complaint (*see* Docket No. 12);

WHEREAS, there is a later-filed action by GreenBytes against Sun pending in the Rhode Island Superior Court that arises from the same trade secret dispute presented in Sun's complaint here, and on August 17, 2009, the Rhode Island Superior Court entered a stay in that case but stated that GreenBytes could move to lift the stay if the case in this Court is not proceeding expeditiously;

WHEREAS, on October 1, 2009, GreenBytes moved to lift stay, and on October 2, 2009, the Rhode Island Superior Court set a hearing on that motion for October 20, 2009;

WHEREAS, on October 14, 2009, GreenBytes agreed that it will not seek to lift the stay at the October 20 hearing but instead will ask the Rhode Island Superior Court to enter an order stating that

GreenBytes will inform Sun on November 25, 2009, if GreenBytes still intends to seek to lift the stay, and that if it does so, the parties shall submit briefs on the issue on December 2, 2009, and the Court shall hear the motion during the week of December 7, 2009;

WHEREAS, the parties agree that good cause exists to shorten time as proposed above because the parties wish to commence discovery as soon as possible, to conduct discovery in the most expeditious and efficient manner, and to avoid unnecessary motion practice, and to accomplish these shared goals they require a judicial resolution of their disagreements relating to the application of Cal. Civ. Proc. Code § 2019.210;

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Defendant shall file its responsive brief on October 26, 2009; Plaintiff shall file its reply brief on November 2, 2009; and the Motion shall be heard at 9:30 a.m. on November 12 (or at the next available time and/or date convenient to the Court).

IT IS SO STIPULATED.

Dated: October 16, 2009  /s/ Leigh A. Kirmssé
Counsel for Plaintiff Sun Microsystems, Inc.

Dated: October 16, 2009  /s/ Jeffrey Techentin
Counsel for Defendant GreenBytes, Inc.

## **PROPOSED ORDER**

PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS:

1. Defendant shall file its responsive brief on October 26, 2009.
2. Plaintiff shall file its reply brief on November 2, 2009.
3. The Motion shall be heard at 10:00 AM on November 13, 2009.

IT IS SO ORDERED.

Dated: October 19, 2009  _____
Magistrate Judge Richard Seeborg
U.S. District Court, Northern District of California