Leigh A. Kirmssé (SBN 161929)
HOWREY LLP
525 Market St., Suite 3600
San Francisco, CA 94105-2708
Telephone : (415) 848-4993
Facsimile : (415) 848-4999
Email: kirmssel@howrey.com

Aaron Myers (SBN 200145)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 383-7011
Facsimile: (202) 383-6610
Email: myersa@howrey.com

Attorneys for Sun Microsystems, Inc.

*E-FILED - 12/10/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GREENBYTES, INC., <br><br> Defendant. | Case No. CV09-2745 RMW (RS) <br><br> **JOINT CASE MANAGEMENT STATEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER** |

The parties engaged in mediation on November 5, 2009, and reached an agreement to settle this case on November 6, 2009. A written settlement agreement, trademark assignment and dismissal papers have been prepared but have not yet been finalized. The parties jointly request that the Court continue for thirty days the case management conference presently set for December 11, 2009.

DATED: December 4, 2009          /s/ Jeffrey K. Techentin
                                 ADLER POLLOCK & SHEEHAN, P.C.
                                 Attorneys for Defendant

| | |
|---|---|
| DATED: <u>December 4, 2009</u> | /s/ Leigh A. Kirmssé<br>HOWREY LLP<br>Attorneys for Plaintiff |

**] ORDER**

The case management conference is continued to January 8, 2009.

IT IS SO ORDERED.

DATED: 12/10/09          *Ronald M. Whyte*
                         _____
                         The Honorable Ronald M. Whyte
                         United States District Judge

*Parties are advised that if the settlement is final, a dismissal must be filed with the Court by January 4, 2010.