Leigh A. Kirmssé (SBN 161929)
HOWREY LLP
525 Market St., Suite 3600
San Francisco, CA 94105-2708
Telephone : (415) 848-4993
Facsimile : (415) 848-4999
Email: kirmssel@howrey.com

Aaron Myers (SBN 200145)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 383-7011
Facsimile: (202) 383-6610
Email: myersa@howrey.com

Attorneys for Sun Microsystems, Inc.

*E-FILED - 1/6/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GREENBYTES, INC., <br><br> Defendant. | Case No. CV09-2745 RMW (RS) <br><br> **JOINT CASE MANAGEMENT STATEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER** |

The parties engaged in mediation on November 5, 2009, and reached an agreement to settle this case on November 6, 2009. A written settlement agreement, trademark assignment and dismissal papers have been prepared but the parties are still finalizing the documents. The parties jointly request that the Court continue for forty-five days the case management conference presently set for January 8, 2010.

DATED: December 29, 2009 /s/ Jeffrey K. Techentin
ADLER POLLOCK & SHEEHAN, P.C.
Attorneys for Defendant

DATED: December 29, 2009    /s/ Leigh A. Kirmssé
HOWREY LLP
Attorneys for Plaintiff

**[] ORDER**

The case management conference is continued to March 5, 2010.

IT IS SO ORDERED.

DATED: __1/6/10_____    _____*Ronald M. Whyte*_____
The Honorable Ronald M. Whyte
United States District Judge