Leigh A. Kirmssé (SBN 161929)
HOWREY LLP
525 Market St., Suite 3600
San Francisco, CA 94105-2708
Tel: (415) 848-4993
Fax: (415) 848-4999
kirmssel@howrey.com

Aaron Myers (SBN 200145)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 383-7011
Fax: (202) 383-6610
myersa@howrey.com

Attorneys for Sun Microsystems, Inc.

*E-FILED - 2/10/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., | Case No. CV09-2745 RMW |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT  AND ORDER** |
| vs. | |
| GREENBYTES, INC., | |
| Defendant. | |

    The parties in the instant action, hereby stipulate that said action be dismissed, with prejudice and without costs, and with all rights of appeal waived.

DATED: 02/01/10    By: *Leigh A. Kirmssé /AM*
                       Leigh A. Kirmssé
                       HOWREY LLP
                       Attorneys for Sun Microsystems, Inc.


DATED: _____    By: _____
                                     Jeffrey K. Techentin
                                     ADLER, POLLOCK AND SHEEHAN P.C.
                                     Attorneys for greenBytes, Inc.


## ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice and with each side to bear its own attorneys fees and costs.

DATED: _____    By: _____
                                     The Honorable Ronald M. Whyte
                                     Judge of the United States District Court

| | | |
|---|---|---|
| DATED: _____ | By: _____ | |
| | Leigh A. Kirmssé | |
| | Howrey LLP | |
| | Attorneys for Sun Microsystems, Inc. | |
| DATED: 11 Jan 2010 | By: _[signature]_____ | |
| | Jeffrey K. Techentin | |
| | ADLER, POLLOCK AND SHEEHAN P.C. | |
| | Attorneys for greenBytes, Inc. | |

## ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice and with each side to bear its own attorneys fees and costs.

DATED: 2/9/10    By: _Ronald M. Whyte_____
The Honorable Ronald M. Whyte
Judge of the United States District Court